# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANA M CHAVEZ, <br><br> Defendant. | Case No. 1:03-cv-06397-LJO-SAB <br><br> ORDER RE: DISASSOCIATION OF ERIC BENSAMOCHAN AS ATTORNEY FOR PLAINTIFF AND DIRECTING CLERK OF COURT TO TERMINATE ERIC BENSAMOCHAN AS ATTORNEY OF RECORD <br><br> (ECF No. 31) |

On May 13, 2022, a notice of disassociation of attorney Eric Bensamochan of The Bensamochan Law Firm, Inc. as counsel for Plaintiff was filed in this closed action. (ECF No. 31.) Other counsel, Thomas P. Riley, of the Law Offices of Thomas P. Riley, P.C., and newly associated attorney Al Lustgarten, remain as counsel of record.

///
///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The request to disassociate Eric Bensamochan as counsel is GRANTED; and
2. The Clerk of the Court is DIRECTED to terminate Eric Bensamochan as attorney for Plaintiff.

IT IS SO ORDERED.

Dated:   **May 16, 2022**

UNITED STATES MAGISTRATE JUDGE